UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **ED CV 23-02212-HDV** | Date | January 25, 2024 |
| --- | --- | --- | --- |
| Title | ***Jesus Gomez v. Old Dominion Freight Line Inc.*** | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
| --- | --- |

| Lynnie Fahey | Laura Elias |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| Fumio R. Nakahiro | Kerri Sakaue |

**Proceedings:   PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT [8]**

    Case is called and appearances made.  The Court invites counsel to present their oral arguments.  Arguments by counsel are heard.  The Court takes the matter under submission.  An order will issue.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: LFA
Time in court:08